UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

EDITH BOLTIN
THEODORE BOLTIN
HAROLD BOLTIN,
    PLAINTIFFS

v.

FALL RIVER POLICE DEPARTMENT ("FRPD")
CITY OF FALL RIVER,
CHARLTON MEMORIAL HOSPITAL,
UNITED STATES POSTAL SERVICE,
WAL-MART, INC. PARKING LOT
WELLS FARGO SECURITY AGENCY (FALL RIVER) (ENTITY DOE),
FRPD CAPTAIN/CHIEF JOHN SOUZA,
FRPD CAPTAIN            McGUIREY,
FRPD LIEUTENANT         COSTA,
FRPD OFFICER THOMAS BURNS,
FRPD OFFICER LISA AMPOSTA,
FRPD S. G. TRIPP,
FRPD OFFICER P. McILVANEY,
FRPD OFFICER B. BRIAN,
FRPD OFFICER K. SARIAN,
FRPD OFFICER D. GALLAGHER,
FRPD OFFICER P. LAVOIE,
FRPD OFFICER R. SILVA,
FRPD OFFICER PAUL CAREY,
FRPD OFFICER D. PAQUET,
FRPD SERGEANT J. SILVA,
FRPD SERGEANT JOHN DOE 1,
FRPD OFFICER D. CEATCH,
FRPD OFFICER S. GRIFFIN,
FRPD OFFICER R. SULLIVAN,
FRPD OFFICER C. LESTER,
FRPD OFFICER B. FITTING,
FRPD OFFICER L. MILES,
FRPD OFFICER D. GAGNON,
FRPD OFFICER T. HARRISON,
FRPD OFFICER T. ROBINSON,
FRPD OFFICER

05 11119 PBS
Referred to MJ JG Dein

FRPD DETECTIVE R. LaF[...]
FRPD DEPUTY C. JOHN McDONALD
FRPD SERGEANT ARMAND G[...]
FRPD OFFICER RICHARD S[...]
FRPD OFFICER WAYNE ROSARIO
FRPD OFFICER ARMAND D[...]
FRPD LIEUTENANT ALBERT JOHN DOE 2
FRPD OFFICER SCOTT C[...]
FRPD OFFICER JAMES S[...]
FRPD ACTING LIEUTENANT SERGEANT JOSEPH JOHN DOE 3
FRPD "[DESK] SERGEANT" JOHN DOE 4
FRPD DETECTIVE DAN DOE
FRPD Ex-CHIEF FRANCIS McDONALD
FRPD OFFICER J. BERGERON
FRPD OFFICER E. PASTERNAK
FRPD OFFICER R. MED[...]
FRPD "CALLING PARTY" PAT DOE 1
FRPD OFFICER THOMAS G[...]
FRPD OFFICER PAUL T[...]
FRPD SERGEANT MICHAEL H[...]
FRPD OFFICER JAMES R[...]
FRPD OFFICER WENDELL B[...]
BRISTOL COUNTY DISTRICT ATTORNEY'S OFFICE
BRISTOL COUNTY DISTRICT ATTORNEY PAUL WALSH
BRISTOL COUNTY ASSISTANT DISTRICT ATTORNEY DAVID CROWLEY
BRISTOL COUNTY SUPERVISING ASSISTANT DISTRICT ATTORNEY JIM M[...]
BRISTOL COUNTY DISTRICT ATTORNEY'S OFFICE CLERK JANE DOE 1
BRISTOL COUNTY DISTRICT ATTORNEY'S OFFICE CLERK JANE DOE 2
BRISTOL COUNTY SHERIFF THOMAS HODGSON
FALL RIVER DISTRICT COURT (FRDC)
FRDC CLERK MAGISTRATE RONALD VIVEIROS
FRDC 1ST ASSISTANT CLERK DAVID [...]
FRDC 2ND ASSISTANT CLERK SHARON HARE[...]
FRDC CLERK JANE DOE 3
FRDC CLERK JANE DOE 4
FRDC PROBATION OFFICER DENNIS M[...]
FRDC SECURITY OFFICER JOHN DOE 5
BRISTOL SUPERIOR COURT (FALL RIVER)
BRISTOL SUPERIOR COURT CLERK P[...]
FRDC COURT OFFICER JOHN A[...]

RONALD GOODSPEED MR. TON MEMORIAL HOSPITAL ("CMH"),
CMH NURSE JANE DOE 5,
CMH NURSE JANE DOE 6,
CMH NURSE JANE DOE 7,
CMH NURSE MANAGER PAT DOE 2,
CMH EMERGENCY ROOM SUPERVISOR PAT DOE 3,
CMH MANAGER ON DUTY PAT DOE 4,
CMH EMERGENCY ROOM RECEPTIONIST PAT DOE 5,
FALL RIVER WALMART STORE MANAGER PAT DOE 6,
FALL RIVER WALMART SECURITY HEAD PAT DOE 7,
WALMART INC. CEO JOHN DOE 6,
FALL RIVER WALMART SECURITY AGENT JOHN DOE 7,
FALL RIVER WALMART SECURITY AGENT JOHN DOE 8,
FALL RIVER WALMART SECURITY SUPERVISOR JOHN FLOWERS,
WILLIAM ARAUJO UNITED STATES POSTAL SERVICE CARRIER,
UNITED STATES POSTAL SERVICE INSPECTOR GENERAL (PROVIDENCE, RI) JOHN DOE 9,
UNITED STATES POSTAL SERVICE HEAD (FALL RIVER) PAT DOE 8,
UNITED STATES POSTAL INSPECTOR GENERAL (DENVER, CO) PAT DOE 9,
NINA WRESTER,
CATHY ROSE,
MARK ROSE,
CANDICE PACHECO,
JEFFREY ENTIN,
NATHAN DINUCCI,
DINUCCI ACCESSORY JOHN DOE 10,
DINUCCI ACCESSORY JOHN DOE 11,
ED LAMBERT, MAYOR OF CITY OF FALL RIVER,
84 FENWICK STREET FALL RIVER SURVEILLANCE PERPETRATOR ("84 RS GP") JOHN DOE 12,
84 RS GP JOHN DOE 13,
84 RS GP JOHN DOE 14,
84 RS GP JOHN DOE 15,
84 RS GP JOHN DOE 16,
84 RS GP JOHN DOE 17,
84 RS GP JOHN DOE 18,
84 RS GP PAT DOE 10,
84 RS GP PAT DOE 11,
LOUIS COSTA,
FRPD OFFICER JOHN DOE 19; AND
BRISTOL COUNTY SHERIFF'S OFFICE,
     DEFENDANTS.

## COMPLAINT

### PARTIES

1. The Plaintiff Edith Koltin is a resident of Fall River, in Bristol County, Massachusetts, with an address of 84 Fenwood St. 02720 and a mailing address of P.O. Box 582, Fall River, MA 02722. She is a citizen of the United States.

2. The Plaintiff Theodore Koltin is a resident of Fall River, in Bristol County, Massachusetts, with an address of 84 Fenwood St. 02720 and a mailing address of P.O. Box 582, Fall River, MA 02722. He is a citizen of the United States.

3. The Plaintiff Harold Koltin is without a permanent address but lives in Middlesex County, Massachusetts and has a mailing address of P.O. Box 275, Malden MA 02148.

4. The Defendant Fall River Police Department ("FRPD") is located in Fall River, in Bristol County, Massachusetts, with an address of 685 Pleasant Street 02720.

5. The Defendant City of Fall River is located in Bristol County, Massachusetts, with an address of City Hall, 1 Government Center 02720.

6. The Defendant Charlton Memorial Hospital is located at 363 Highland Avenue, Fall River, Massachusetts 02720, in Bristol County.

7. The Defendant United States Postal Service ("U.S.P.S.") has a branch location at 1701 President Avenue, Fall River, MA 02611 in Bristol County.

8. The Defendant Walmart, Inc. has a store location at 374 William S Canning Boulevard, Fall River, MA 02721, in Bristol County.

9. The Defendant Walmart Parking Lot Security Agency at the Fall River, MA, store is **having** its identity withheld by store management, as well as its address.

10. The Defendant John Souza, Chief of the FRPD, has a business address as 685 Pleasant Street, Fall River, MA 02720, in the County of Bristol. He is a United States citizen.

11. The Defendant CAPTAIN McGUIRE of the FRPD HAS AN IDENTICAL BUSINESS ADDRESS AND CITIZENSHIP STATUS AS THE DEFENDANT CHIEF OF POLICE JOHN SOUZA.

12. THE DEFENDANT FRPD LIEUTENANT COSTA HAS AN IDENTICAL BUSINESS ADDRESS AND CITIZENSHIP STATUS AS THE DEFENDANT CHIEF OF POLICE.

13. THE DEFENDANT FRPD OFFICER THOMAS BURNS HAS AN IDENTICAL BUSINESS ADDRESS AND CITIZENSHIP STATUS AS THE DEFENDANT CHIEF OF POLICE.

14. THE DEFENDANT FRPD OFFICER LISA AMAESY HAS AN IDENTICAL BUSINESS ADDRESS AND CITIZENSHIP STATUS AS THE DEFENDANT CHIEF OF POLICE.

15. THE DEFENDANT FRPD EMPLOYEE S. TRIPP HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THAT OF THE DEFENDANT CHIEF OF POLICE.

16. THE DEFENDANT FRPD OFFICER P. McNERNEY HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THAT OF THE DEFENDANT CHIEF OF POLICE.

17. THE DEFENDANT FRPD OFFICER R. BRIAND HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THAT OF THE DEFENDANT CHIEF OF POLICE.

18. THE DEFENDANT FRPD OFFICER A. FURTADO HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THAT OF THE DEFENDANT CHIEF OF POLICE.

19. THE DEFENDANT FRPD OFFICER A. SAWYER HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THAT OF THE DEFENDANT CHIEF OF POLICE.

20. THE DEFENDANT FRPD OFFICER B. LAVOIE HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THAT OF THE DEFENDANT CHIEF OF POLICE.

21. THE DEFENDANT FRPD OFFICER K. SILVA HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THAT OF THE DEFENDANT CHIEF OF POLICE.

22. THE DEFENDANT FRPD OFFICER PAUL CAREY HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THAT OF THE DEFENDANT CHIEF OF POLICE.

23. THE DEFENDANT FRPD OFFICER D. PAQUET HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THAT OF THE DEFENDANT CHIEF OF POLICE.

24. THE DEFENDANT FRPD OFFICER L. SILVA HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THAT OF THE DEFENDANT CHIEF OF POLICE.

25. THE DEFENDANT FRPD SERGEANT JOHN DOE 1 HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THE DEFENDANT CHIEF OF POLICE.

26. THE DEFENDANT FRPD OFFICER D. CONDON HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THAT OF THE DEFENDANT CHIEF OF POLICE.

27. THE DEFENDANT FRPD OFFICER SCOTT CORREIA HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THAT OF THE DEFENDANT CHIEF OF POLICE.

28. The Defendant FRPD Officer J. Sullivan has a business address and citizenship identical to that of Defendant Chief of Police.

29. The Defendant FRPD Officer C. Freitas has a business address and citizenship identical to the Defendant Chief of Police.

30. The Defendant FRPD Officer B. Robine has a business address and citizenship identical to the Defendant Chief of Police.

31. The Defendant FRPD Officer K. Niles has a business address and citizenship identical to the Defendant Chief of Police.

32. The Defendant FRPD Officer R. Gagnon has a business address and citizenship identical to the Defendant Chief of Police.

33. The Defendant FRPD Officer T. Barboza has a business address and citizenship identical to the Defendant Chief of Police.

34. The Defendant FRPD Officer J. Robinson has a business address and citizenship identical to the Defendant Chief of Police.

35. The Defendant FRPD Officer J. Reis has a business address and citizenship identical to the Defendant Chief of Police.

36. The Defendant FRPD Detective Roger LaFleur has a business address and citizenship identical to that of the Defendant Chief of Police.

37. The Defendant FRPD Detective John McDonald has a business address and citizenship identical to that of the Defendant Chief of Police.

38. The Defendant FRPD Sergeant Armand Goulette has a business address and citizenship identical to that of the Defendant Chief of Police.

39. The Defendant FRPD Officer Richard Saraiva has a business address and citizenship identical to that of the Defendant Chief of Police.

40. The Defendant FRPD Officer Armand Javicz has a business address and citizenship identical to that of the Defendant Chief of Police.

41. The Defendant FRPD Officer Wayne Rosario has a business address and citizenship identical to that of the Defendant Chief of Police.

42. The Defendant FRPD Lieutenant Albert John Doe 2 has a business address and citizenship identical to Defendant Chief of Police.

43. The Defendant FRPD Officer Scott Cabral has a business address and citizenship identical to that of the Defendant Chief of Police.

44. The Defendant FRPD Officer James Silvia has a business address and citizenship identical to that of the Defendant Chief of Police.

45. The Defendant FRPD Lieutenant/Sergeant Joseph John Doe 3 has a business address and citizenship identical to the Defendant Chief of Police.

46. The Defendant FRPD Employee "Ed Schwartz" John Doe 4 has a business address and citizenship identical to the Defendant Chief of Police.

47. The Defendant FRPD Detective Dan Doe 5 has a business address and citizenship identical to the Defendant Chief of Police.

48. The Defendant FRPD Ex-Chief Francis McDonald has an address of 25 O'Hearn Street, Fall River, MA 02720 in Bristol County and is a U.S. citizen.

49. The Defendant FRPD Officer J. Bergeron has a business address and citizenship identical to that of Defendant Chief of Police.

50. The Defendant FRPD Officer G Pasternak has a business address and citizenship identical to that of the Defendant Chief of Police.

51. The Defendant FRPD Officer R Medeiros has a business address and citizenship identical to that of the Defendant Chief of Police.

52. The Defendant FRPD's "Calling Party" Pat Doe 1 has an address and citizenship identical to that of the Defendant Chief of Police.

53. The Defendant FRPD Officer Thomas Strojny has an address and citizenship identical to that of the Defendant Chief of Police.

54. The Defendant FRPD Officer Paul Ramunni has an address and citizenship identical to that of the Defendant Chief of Police.

55. The Defendant FRPD Sergeant Michael Heap has an address and citizenship identical to that of the Defendant Chief of Police.

56. The Defendant FRPD Officer James Riley has an address and citizenship identical to the Defendant Chief of Police.

57. The Defendant FRPD Officer Wendell Burke has an address and citizenship identical to that of the Defendant Chief of Police.

58. The Defendant Bristol County District Attorney's Office has an address of 888 Purchase Street, New Bedford, MA 02740 in Bristol County.

59. The Defendant Bristol County District Attorney Paul Walsh has an address of 888 Purchase Street, New Bedford, MA 02740 in Bristol County. He is an American (U.S.) citizen.

60. The Defendant Bristol County Assistant District Attorney David Crowley has an address and citizenship identical to that of Defendant Paul Walsh.

61. The Defendant Bristol County Supervising Assistant District Attorney Timothy McGuire has a business address at 38 Rock Street in Fall River, MA 02720, in Bristol County, and is a U.S. citizen.

62. The Defendant Bristol County District Attorney's Office Clerk has an address and citizenship identical to that of Defendant Timothy McGuire, in Bristol County, and is Jane Doe 1.

63. THE DEFENDANT BRISTOL COUNTY DISTRICT ATTORNEY'S OFFICE CLERK JANE DOE 2 HAS AN ADDRESS AND CITIZENSHIP IDENTICAL TO THAT OF DEFENDANT TIMOTHY McGUIRE, IN BRISTOL COUNTY.

64. THE DEFENDANT BRISTOL COUNTY SHERIFF THOMAS HODGSON HAS A BUSINESS ADDRESS OF 400 FAUNCE CORNER ROAD, NORTH DARTMOUTH, MA 02747, IN BRISTOL COUNTY, AND IS A U.S. CITIZEN.

65. THE DEFENDANT BRISTOL COUNTY SHERIFF'S OFFICE HAS AN ADDRESS OF 400 FAUNCE CORNER ROAD, NORTH DARTMOUTH, MA 02747, IN BRISTOL COUNTY.

66. THE DEFENDANT FALL RIVER DISTRICT COURT HAS AN ADDRESS OF 45 ROCK STREET, FALL RIVER, MA 02720, IN BRISTOL COUNTY.

67. THE DEFENDANT CLERK-MAGISTRATE RONALD VALCOURT OF THE FALL RIVER DISTRICT COURT HAS A BUSINESS ADDRESS OF 45 ROCK STREET, FALL RIVER, MA 02720, IN BRISTOL COUNTY, AND IS A U.S. CITIZEN.

68. THE DEFENDANT 1ST ASSISTANT CLERK DAVID CASSIDY OF THE FALL RIVER DISTRICT COURT HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THE DEFENDANT RONALD VALCOURT.

69. THE DEFENDANT 2ND ASSISTANT CLERK SHARON HAGUE CORREIA OF THE FALL RIVER DISTRICT COURT HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THE DEFENDANT RONALD VALCOURT.

70. THE DEFENDANT CLERK JANE DOE 3 HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THE DEFENDANT RONALD VALCOURT.

71. THE DEFENDANT CLERK JANE DOE 4 HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THE DEFENDANT RONALD VALCOURT.

72. THE DEFENDANT FALL RIVER DISTRICT COURT SECURITY OFFICER DENNIS MEDEIROS HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THAT OF THE DEFENDANT RONALD VALCOURT.

73. THE DEFENDANT FALL RIVER DISTRICT COURT SECURITY OFFICER JOHN DOES HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THAT OF DEFENDANT RONALD VALCOURT.

74. THE DEFENDANT BRISTOL SUPERIOR COURT HAS AN ADDRESS OF 441 NORTH MAIN STREET, FALL RIVER, MA 02720, IN BRISTOL COUNTY.

75. THE DEFENDANT SUPERIOR COURT CLERK PHILLIP LEDDY HAS A BUSINESS ADDRESS OF 441 NORTH MAIN STREET, FALL RIVER, 02720 IN BRISTOL COUNTY, AND IS A U.S. CITIZEN.

76. THE DEFENDANT FALL RIVER DISTRICT COURT LIAISON POLICE OFFICER JOHN ALBIN HAS A BUSINESS ADDRESS AND CITIZENSHIP IDENTICAL TO THAT OF DEFENDANT RONALD VALCOURT.

77. The Defendant Ronald Goodspeed has a business address of 363 Highland Avenue, Fall River, MA 02720, in Bristol County, and is a U.S. Citizen.

78. The Defendant Nurse Jane Doe 5 has a business address and citizenship identical to that of Defendant Ronald Goodspeed.

79. The Defendant Nurse Jane Doe 6 has a business address and citizenship identical to that of Defendant Ronald Goodspeed.

80. The Defendant Nurse Jane Doe 7 has a business address and citizenship identical to that of Defendant Ronald Goodspeed.

81. The (Charlton Memorial Hospital ["CMH"]) Nurse Manager has a business address and citizenship identical to Defendant Ronald Goodspeed.

82. The CMH Emergency Room Supervisor Defendant Pat Doe 3 has a business address and citizenship identical to that of Defendant Ronald Goodspeed.

83. The Defendant CMH Manager-on-Duty Pat Doe 4 has a business address and citizenship identical to that of Defendant Ronald Goodspeed.

84. The Defendant CMH Emergency Room Receptionist Pat Doe 5 has a business address and citizenship identical to that of the Defendant Ronald Goodspeed.

85. The Defendant Walmart, Inc., CEO John Doe 6 has a business address being withheld by Fall River Walmart store management and is a U.S. Citizen.

86. The Defendant Fall River Walmart Security Agent John Doe 7 has a business address and citizenship identical to Fall River Walmart and Walmart CEO John Doe 6, respectively.

87. The Defendant Fall River Walmart Store Manager Pat Doe 6 has a business address and U.S. citizenship identical to Defendant Fall River Walmart Security Agent John Doe 7.

88. The Defendant Fall River Walmart Security Head Pat Doe 7 has a business address and citizenship identical to Defendant Fall River Walmart Security Agent John Doe 7.

89. The Defendant District Walmart Store Security Manager John Flowers has a business address of Walmart, 137 Teaticket Highway, East Falmouth, MA 02536, in Barnstable County, and is a U.S. Citizen. He may be the same individual as Fall River Walmart Security Agent John Doe 7.

90. The Defendant William Araujo U.S.P.S. Carrier has a business address of 1701 President Avenue Fall River, MA 02301 and is a U.S. Citizen in Bristol County.

91. The Defendant U.S.P.S. head in the City of Fall River is Pat Doe 8, with a name and address being withheld by the Defendant U.S.P.S. s/he is a citizen of the U.S.

92. The Defendant U.S.P.S. Regional Inspector General John Doe 8 has a business address in Providence, RI and is a U.S. citizen, but whose identity has been withheld by the Defendant U.S.P.S. He is a U.S. Citizen.

93. The Defendant U.S.P.S. Inspector General Pat Doe 9 has a business address in Denver, CO, and is a U.S. Citizen, but his/her identity is being withheld by the Defendant U.S.P.S.

94. The Defendant Nina Walters has an address of 740 Ray Street, Fall River, MA 02720, in Bristol County, and is a U.S. Citizen.

95. The Defendant Cathy Rose has an address of 18 Forge Road, Somerset, MA 02726, in Bristol County, and is a U.S. Citizen.

96. The Defendant Mark Rose has an address of 18 Forge Road, Somerset, MA 02726, in Bristol County, and is a U.S. Citizen.

97. The Defendant L'Andre Pacheco has an address of 740 Ray Street, Fall River, MA 02720, in Bristol County, and is a U.S. Citizen.

98. The Defendant Jeffrey Entin has a business address of 399 North Main Street, Fall River, MA 02720, in Bristol County, and is a U.S. Citizen.

99. The Defendant Nathan DiNucci has an address in Assonet, MA and is a U.S. Citizen.

100. The Defendant DiNucci Accessory John Doe 9 has an address being withheld and a name being withheld by the Defendant FRPD.

101. The Defendant Other DiNucci Accessory John Doe 10 has an identity and address being withheld by the Defendant FRPD.

102. The Defendant City of Fall River Mayor Ed Lambert has a business address of City Hall, 1 Government Center, Fall River, MA 02720, in Bristol County and is a U.S. Citizen.

103. The Defendant 84 Kenwood Street Fall River Surveillance Perpetrator ("84 Rs SP") John Doe 11, has an identity and presence denied by the Defendant FRPD.

104. The Defendant 84 Rs SP John Doe 12 has an identity and presence denied by the Defendant FRPD.

105. The Defendant 84 Rs SP John Doe 13 has an identity and presence denied by the Defendant FRPD.

106. The Defendant 84 RS SP John Doe 14 has an identity and presence denied by the Defendant FRPD.

107. The Defendant 84 RS SP John Doe 15 has an identity and presence denied by the Defendant FRPD.

108. The Defendant 84 RS SP John Doe 16 has an identity and presence denied by the Defendant FRPD.

109. The Defendant 84 RS SP John Doe 17 has an identity and presence denied by the Defendant FRPD.

110. The Defendant 84 RS SP Pat Doe 10 has an identity **and presence** denied by the Defendant FRPD.

111. The Defendant 84 RS SP Pat Doe 11 has an identity and presence denied by the Defendant FRPD.

112. The Defendant Louis Costa has an address being withheld by the Defendant FRPD.

113. The Defendant FRPD Officer John Doe 18 has an identity withheld by the Defendant FRPD but an address identical to that of the Defendant FRPD.

114. The Defendant Bristol County Sheriff's Office has an address of 100 Faunce Corner Road, North Dartmouth, MA, in Bristol County, 02747.

## Jurisdiction

115. This Court has jurisdiction over all claims asserted against all Governmental Entities and their individual actors pursuant to 42 U.S.C. sec. 1983.

116. This Court has pendant and supplemental jurisdiction over all claims asserted over all Non-Governmental Entities and their individual actors, as well as all other Non-Governmental Actors/Defendants pursuant to 28 U.S.C. sec. 1367. This Court also has jurisdiction over these Defendants pursuant to 42 U.S.C. sec. 1983.

## Facts

117. Beginning in the summer of 1998, and continuing to the present, Plaintiffs Edith Koltin, Theodore Koltin, and Harold Koltin assert a continuing and unrelenting pattern of severe criminal acts and extreme civil rights violations and other outrageous intentional tort actions by the same Defendants, against the same Plaintiffs.

113. BECAUSE OF SUCH UNEVEN CHAIN OF CRIMES, CIVIL RIGHTS VIOLATIONS, INTENTIONAL TORT ACTIONS PERPETRATED BY THE SAME PARTIES/DEFENDANTS AGAINST THE SAME PARTIES/PLAINTIFFS, AND BECAUSE RESORT TO THE CRIMINAL AND CIVIL JUSTICE SYSTEM BY THE PLAINTIFFS HAS RESULTED, STEADFASTLY, IN SAME LAW ENFORCEMENT OFFICIALS PERPETRATING EVEN GREATER CRIMES AND CIVIL RIGHTS VIOLATIONS AGAINST THE PLAINTIFFS, THE PLAINTIFFS ASSERT THEIR RIGHT TO HAVE ALL OF THEIR CLAIMS HEARD BEFORE THIS COURT WITHOUT OBSTRUCTION BY ANY STATUTE OF LIMITATIONS IMPOSITION ON ANY OF THE PLAINTIFFS' CLAIMS DATING AS FAR BACK AS THE SUMMER OF 1998.

114. CLAIMS AGAINST THE FALL RIVER POLICE DEPARTMENT AND ITS INDIVIDUAL ACTORS INCLUDE, BUT ARE NOT LIMITED TO:

   1) ASSAULT
   2) ASSAULT WITH A DANGEROUS WEAPON
   3) ASSAULT AND BATTERY
   4) ASSAULT AND BATTERY WITH A DANGEROUS WEAPON
   5) UNLAWFUL FORCED ENTRY
   6) BREAKING AND ENTERING INTO A PRIVATE RESIDENCE
   7) FORCED ENTRY WITHOUT A WARRANT
   8) FORCED ENTRY WITHOUT PROBABLE CAUSE
   9) ARMED ROBBERY
   10) MALICIOUS DESTRUCTION OF PROPERTY
   11) GRAND LARCENY
   12) DISORDERLY CONDUCT
   13) FAILING TO REPORT VIOLATIONS OF LAWS AND ORDINANCES
   14) CONDUCT UNBECOMING A POLICE OFFICER
   15) VIOLATION OF PERFORMANCE OF DUTY
   16) VIOLATION OF OBEDIENCE TO LAWS AND REGULATIONS
   17) CONTINUED FAILURE TO COOPERATE AND BE TRUTHFUL IN CONDUCTING INTERNAL INVESTIGATIONS
   18) LYING
   19) WITHHOLDING PUBLIC DOCUMENTS
   20) MAKING FALSE STATEMENTS
   21) MAKING FALSE REPORTS
   22) DENIALS OF DUE PROCESS
   23) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
   24) USE OF EXCESSIVE FORCE
   25) PREMEDITATED ATTEMPTED MURDER
   26) FALSE AND UNLAWFUL DETAINMENTS
   27) FALSE AND UNLAWFUL ARRESTS
   28) FALSE AND UNLAWFUL IMPRISONMENTS
   29) MALICIOUS PROSECUTION
   30) NEGLIGENCE
   31) UNLAWFUL SEARCH AND SEIZURE
   32) OUTRAGEOUS CONDUCT
   33) INVASION OF PRIVACY
   34) GROSS NEGLIGENCE

35) NEGLIGENCE
36) RECKLESSNESS
37) NEGLIGENT HIRING
38) NEGLIGENT RETENTION
39) NEGLIGENT RE-HIRING AFTER FIRING
40) NEGLIGENT SUPERVISION
41) WARRANTLESS ARREST
42) ARREST WITHOUT CHARGE
43) UNLAWFUL ORDER OF "SECTION 12"
44) THREATS TO DO BODILY HARM
45) INTIMIDATION AND HARASSMENT
46) WITNESS TAMPERING
47) INTIMIDATION OF WITNESS
48) SLANDER
49) LIBEL
50) ANNOYING TELEPHONE CALLS
51) "LOSS"/DESTRUCTION OF EVIDENCE
52) ENTRAPMENT
53) FALSELY IDENTIFYING SELF
54) REFUSING TO IDENTIFY SELF
55) UNLAWFUL SURVEILLANCE
56) REFUSAL TO TAKE REPORTS
57) DEFAMATION OF CHARACTER

120. ON AUGUST 13, 1998, DEFENDANT FRPD OFFICER THOMAS BURNS AUTHORED A MALICIOUSLY FALSE CRIMINAL REPORT AGAINST PLAINTIFF THEODORE KOLTIN, FOR UNCORROBORATED "THREATS TO DO BODILY HARM," ALLEGEDLY OCCURRING ON AUGUST 8, 1998.

121. ON SEPTEMBER 4, 1998, DEFENDANT FRPD OFFICER THOMAS BURNS AUTHORED ANOTHER MALICIOUS AND FALSE CRIMINAL REPORT AGAINST PLAINTIFF EDITH KOLTIN, FOR UNCORROBORATED "THREATS TO DO BODILY HARM," ALLEGEDLY OCCURRING ON SEPTEMBER 1, 1998.

122. ON NOVEMBER 26, 1999, DEFENDANT FRPD DETECTIVE ROGER LAFLEUR AUTHORED A MALICIOUSLY FALSE CRIMINAL REPORT AGAINST PLAINTIFF HAROLD KOLTIN, CALLING FOR HIS ARREST, FOR THE "MAJOR CRIME" OF "TRESPASS AFTER NOTICE," WHEN THERE WAS NO PREVIOUS TRESPASS, NO NOTICE, AND NO INSTANT TRESPASS. THE REPORT ALLEGED THE INCIDENT TOOK PLACE ON NOVEMBER 9, 1999, WAS REPORTED (WITHOUT CORROBORATION OR EVIDENCE) BY THE SAME DEFENDANT FELON WHO REPORTED EQUALLY FALSE INCIDENTS AGAINST THEODORE KOLTIN AND AGAINST EDITH KOLTIN) ON NOVEMBER 12, 1999, AND AUTHORED BY THE DEFENDANT LAFLEUR ON NOVEMBER 26, 1999.

123. ON JUNE 5, 1999, DEFENDANT FRPD OFFICER SARAVA REPORTED AN INCIDENT OCCURRING ON JUNE 1, 1999, IN WHICH THE SAME DEFENDANT FELON NOTED ABOVE WENT ONTO PLAINTIFF EDITH KOLTIN'S PROPERTY, PUNCHED THE 77-YEAR-OLD PLAINTIFF IN THE CHEST, AND THREW HER DOWN TO THE GROUND. DEFENDANT OFFICER RICHARD SARAVA CHARGED THE COMPLAINANT EDITH KOLTIN WITH ASSAULT AND BATTERY ON THE DEFENDANT FELON AND CHARGED THE COMPLAINANT HAROLD KOLTIN WITH ASSAULT AND BATTERY WITH A DANGEROUS WEAPON TO WIT PEPPER SPRAY — DESPITE THE DEFENDANT FELON'S ADMISSIONS THAT SHE PUNCHED PLAINTIFF EDITH KOLTIN

IN THE CHEST AND THREW HER TO THE GROUND AND DESPITE DEFENDANT FFPD OFFICER'S JARAMA'S OWN REPORT DESCRIBING HOW PLAINTIFF HAROLD KOLTIN CAME OUT OF THE HOUSE WITH A WET TOWEL AROUND HIS EYES BECAUSE HE ENDED UP SPRAYING HIMSELF WITH THE PEPPER SPRAY.

124. ON JUNE 23 1999, PLAINTIFFS EDITH KOLTIN AND THEODORE KOLTIN WERE AGAIN THE VICTIMS OF ASSAULT AND BATTERY WITH A DANGEROUS WEAPON (TO WIT, A CAR), THREATS TO DO BODILY HARM, AND INTIMIDATION OF WITNESSES, BY SAME DEFENDANT FELON. THE COMPLAINANTS QUICKLY DROVE TO THE POLICE STATION, WHERE EACH GAVE IDENTICAL ACCOUNTS SEPARATELY, BUT COMPLAINANT THEODORE KOLTIN WAS CHARGED WITH THE SAME CRIMES HE WAS REPORTING (BY DEFENDANT FFPD OFFICER SCOTT CABRAL), ARRESTED, HANDCUFFED, BECAME THE OBJECT OF ANTI-SEMITIC SLURS BY THE FFPD OFFICERS/CIVILIANS IN THE STATION, AND THROWN INTO A CELL.

125. ON MAY 5, 2002, PLAINTIFF EDITH KOLTIN CALLED 911 TO REPORT (CONTINUED) SPRAYING OF SKUNK SPRAY INTO HER HOUSE BY THE DEFENDANT FELON NINA WALTERS. FFPD DEFENDANT OFFICER LISA AHAESY, AUTHORED A REPORT STATING THAT EDITH KOLTIN HAD THREATENED "TO OFF HERSELF AND HER SON," AS DEFENDANT FFPD OFFICER AHAESY WAS CARRYING ON ANOTHER SURREPTITIOUS CONVERSATION WITH SOMEONE IN THE POLICE STATION. THE PLAINTIFFS EDITH AND THEODORE KOLTIN LEFT THE HOUSE AS INSTRUCTED BY DEFENDANT AHAESY.

MINUTES LATER, THE HOUSE OF THE PLAINTIFFS WAS SURROUNDED BY SEVERAL FFPD CRUISERS, FROM WHICH DEFENDANT FFPD OFFICERS EMERGED AND PROCEEDED TO BREAK DOWN THE ENTRANCES TO THE HOUSE, LOOT AND VANDALIZE THE ENTIRE HOUSE, AND CONTINUE DOING SO FOR APPROXIMATELY 45 MINUTES BEFORE EMERGING, LEAVING DOORS DOWN ON THE FLOOR AND OUTRAGEOUS ROBBERY AND MERCILESS DESTRUCTION OF PROPERTY BEHIND.

WHEN PLAINTIFF EDITH KOLTIN RETURNED TO CALL 911, MORE CRUISERS ARRIVED AND FORCED THE ELDERLY PLAINTIFF INTO A POLICE CRUISER, TAKING HER, YET AGAIN, TO THE CORRIGAN MENTAL HEALTH CENTER (AS HAD BEEN THREATENED TO BE DONE BY ANONYMOUS AND VERY GRAPHIC DEATH-THREAT MESSAGES LEFT ON THE PLAINTIFFS' ANSWERING MACHINE).

126. THE PLAINTIFFS RESERVE THE RIGHT TO AMPLIFY, ADD TO, OR AMEND THIS COMPLAINT.

127. THE PLAINTIFFS CLAIM UNLAWFUL, INTIMIDATING, HUMILIATING, VIOLENT, AND HATEFUL CRIMES AND CIVIL RIGHTS VIOLATIONS AND OTHER INTENTIONAL ACTS BY EACH AND EVERY DEFENDANT.

128. THE PLAINTIFFS CLAIM VIOLATIONS OF OTHER CIVIL RIGHTS OF THE U.S. CONSTITUTION,

129. THE PLAINTIFFS' CLAIM VIOLATIONS OF THE STATE'S DECLARATION OF RIGHTS AND OTHER STATE LAWS.

130. THE PLAINTIFFS HAVE SUFFERED AND CONTINUE TO SUFFER THE RESULTS OF SEVEN (7) YEARS OF UNRELENTING CIVIL RIGHTS AND OTHER VIOLATIONS BY EACH AND EVERY ONE OF THE NAMED DEFENDANTS.

131. THE PLAINTIFFS' SUFFERING HAS INCLUDED, BUT IS NOT LIMITED TO, SEVERE MENTAL ANGUISH, PSYCHOLOGICAL EMOTIONAL DISTRESS WITH PHYSICAL AND PHYSIOLOGICAL SIDE EFFECTS, AND EXCRUCIATING PAIN AND SUFFERING, SOME OR ALL OF WHICH ARE OR MAY BE PERMANENT, AND WHICH HAVE REQUIRED AND CONTINUE TO REQUIRE MEDICAL AND PSYCHOLOGICAL TREATMENT.

132. THE PLAINTIFFS SEEK SEVEN (7) MILLION DOLLARS IN DAMAGES, PLUS ATTORNEYS' FEES, PLUS COURT FEES, PLUS INTEREST, PLUS WHATEVER OTHER RELIEF THE COURT DEEMS APPROPRIATE.

133. THE PLAINTIFFS DEMAND A TRIAL BY JURY.

DATE: MAY 23, 2005

BY THE PLAINTIFFS,

*Harold Koltin*
HAROLD KOLTIN
P.O. BOX 275
MALDEN, MA 02148
(781) 420-4872

*Edith Koltin* HK
EDITH KOLTIN
P.O. BOX 882
FALL RIVER, MA 02722
(508) 673-9577

*Theodore Koltin* HK
THEODORE KOLTIN
P.O. BOX 882
FALL RIVER, MA 02722

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff  BRISTOL
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  BRISTOL
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

05-11119 PBS

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
U.S.C. 42 1983
Brief description of cause:
U.S.C. 42 §1983: UNCEASING CIVIL RIGHTS VIOLATIONS SINCE 1998 TO PRESENT

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 7,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 5/23/05
SIGNATURE OF ATTORNEY OF RECORD
Harold Koltin (Pro Se)

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _EDITH HOLTIN v. FALL RIVER POLICE DEPARTMENT_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   __ I. 160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ✓ II. 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

   __ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   __ IV. 220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   __ V. 150, 152, 153.

   **05-11119 PBS**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☑

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☑

7. Do **all** of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☑   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
   Eastern Division ☑   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
   Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (if yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _____
ADDRESS _____
TELEPHONE NO. _____

(CategoryForm.wpd -5/2/05)