P.O. Box 275
Malden, MA 02148
March 1, 2006

Ms. Susan Janess
Pro Se Clerk
United States District Court
One Courthouse Way
Boston, MA 02210

RE: HAROLD KOLTIN v. CITY OF FALL RIVER et al.
C.A. No. 2005-CV-11119-PBS

Dear Ms. Janess:

Please be advised that my current status is as a patient in the Critical Care Unit of Beth Israel Deaconess Medical Center, where I have been for a week.

I have suffered a severe flair of universal ulcerative colitis, with no clinical resolution in sight.

You may continue to communicate to me through the above-noted Post Office Box address in terms of the status of the above-noted case.

Thank you for your kind conSideration of this matter.

Very truly yours,

*Harold Koltin*
Harold Koltin
(781) 420-9872