P.O. Box 275
Malden, MA 02148
March 13, 2006

Ms. Christine Patch
Docket Clerk for
The Honorable Patti Saris
United States District Court - Civil
One Courthouse Way
Boston, MA 02210

RE: KOLTIN v. CITY OF FALL RIVER, JOHN SOUZA, et al
C.A. No. 05-CV-11119-PBS

Dear Ms. Patch:

I have tried reaching you by telephone regarding the status of the above-noted case.

I submitted a Second Amended Complaint, pro se, for Judge Saris' review and approval, on or around November 26, 2005.

I still remain unaware of Judge Saris' review/approval of my Second Amended Complaint.

I have been an in-patient in the Critical Care Unit at Beth Israel Deaconess Medical Center for the past two-and-a-half (2½) weeks, released just last evening.

Please be aware that I am increasingly anxious and very concerned about this unprecedented lack of responsiveness from the Court.

I would appreciate hearing from you about the above matter at your earliest convenience, at my above-noted address.

Thank you for your kind consideration of this concern.

Very truly yours,

Harold Koltin

Harold Koltin, Pro Se Plaintiff
(781) 420-9872