UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD KOLTIN,<br>      Plaintiff,<br><br>      v.<br><br>FALL RIVER POLICE<br>DEPARTMENT, et al.,<br>      Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-11119-PBS |

ORDER OF DISMISSAL

For the reasons stated in the Memorandum and Order dated November 1, 2006, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2).

SARAH A. THORNTON
CLERK OF COURT

Dated: November 2, 2006          By /s/ Robert Alba
                                      Deputy Clerk