UNITED STATES FIRST CIRCUIT COURT OF APPEALS

U.S. District Court of Massachusetts        Docket No. <u>05-CV-11119 PBS</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
| | |
|---|---|
| THEODORE KOLTIN, EDITH KOLTIN, AND HAROLD KOLTIN, <br> Plaintiffs, | * <br> * <br> * <br> * |
| v. | * <br> * |
| CITY OF FALL RIVER POLICE DEPARTMENT ET AL, <br> Defendants. | * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>PLAINTIFFS' MOTION FOR COURT-APPOINTED COUNSEL</u>

In the event that anticipated and coordinated formal entries of appearance by out-of-town and out-of-state counsel are not filed within a reasonable period of time as deemed appropriate by this Court, the Plaintiffs, who cannot afford legal costs for a case of the magnitude of the above-captioned case, move that this Honorable Court appoint counsel of due competence and responsibility for the Plaintiffs, in the interest of serving justice and truth in this matter.

By the Plaintiffs (*pro se*)

*[signature]*
Harold Koltin
P.O. Box 275
Malden, MA 02148
(781) 420-9872

*[signature]*
Edith Koltin
P.O. Box 882
Fall River, MA 02722
(508) 673-9577

*[signature]*
Theodore Koltin
P.O. Box 882
Fall River, MA 02722
(508) 673-9577

Date: <u>December 5, 2007</u>