UNITED STATES FIRST CIRCUIT COURT OF APPEALS

U.S. District Court of Massachusetts          Docket No. 05-CV-11119-PBS

*********************************************

THEODORE KOLTIN, EDITH KOLTIN, AND
HAROLD KOLTIN,
        Plaintiffs,

v.

CITY OF FALL RIVER POLICE DEPARTMENT
ET AL,
        Defendants.

*********************************************

PLAINTIFF'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

Plaintiff Harold Koltin, does hereby move that this Honorable Court grant *in forma pauperis* status to him with regard to the above-captioned Appeal to the First Circuit Court of the United States.

By the Plaintiff (*pro se*),

*[signature]*
Harold Koltin
P.O. Box 275
Malden, MA 02148
(781) 420-9872 (cell

Date: December 5, 2007