# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11119

Theodore Koltin, et al

v.

City of Fall River Police Department et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-12

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/5/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 18, 2007.

Sarah A Thornton, Clerk of Court

By: _Carlotta Ramos_
    Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/18/07.

_Burchard_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-11119-PBS

Koltin v. Fall River Police Department et al  
Assigned to: Judge Patti B. Saris  
Cause: 42:1983 Civil Rights Act  

Date Filed: 05/24/2005  
Date Terminated: 11/02/2006  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Harold Koltin**     represented by **Harold Koltin**  
P.O. Box 275  
Malden, MA 02148  
781-322-3871  
PRO SE  

**Plaintiff**

**Edith Koltin**     represented by **Edith Koltin**  
*TERMINATED: 07/12/2005*     P.O. Box 882  
Fall River, MA 02722  
PRO SE  

**Plaintiff**

**Theodore Koltin**     represented by **Theodore Koltin**  
*TERMINATED: 07/12/2005*     P.O. Box 882  
Fall River, MA 02722  
PRO SE  

V.

**Defendant**

**Fall River Police Department**

**Defendant**

**City of Fall River**

**Defendant**

**Charlton Memorial Hospital**

**Defendant**

**United States Postal Service**

**Defendant**

**Walmart Inc.**

**Defendant**

**Walmart Parking Lot Security Agency (Fall River)**

**Defendant**

**John Souza**
*Fall River Police Chief Captain*

**Defendant**

**Captain McGuire**
*Fall River Police Department*

**Defendant**

**Lieutenant Costa**

**Defendant**

**Thomas Burns**
*Fall River Police Department Officer*

**Defendant**

**Lisa Ahaesy**
*Fall River Police Department Officer*

**Defendant**

**S. Tripp**
*Fall River Police Department Officer*

**Defendant**

**P. McNerney**
*Fall River Police Department Officer*

**Defendant**

**R. Briand**
*Fall River Police Department Officer*

**Defendant**

**K. Furtado**
*Fall River Police Officer*

**Defendant**

**A. Saucier**
*Fall River Police Officer*

**Defendant**

**R. Lavoie**

*Fall River Police Officer*

**Defendant**

**K. Silva**
*Fall River Police Officer*

**Defendant**

**Paul Carey**
*Fall River Police Officer*

**Defendant**

**D. Paquet**
*Fall River Police Officer*

**Defendant**

**L. Silva**
*Fall River Police Department*

**Defendant**

**John Doe**
*Fall River Police Department*

**Defendant**

**D. Conson**
*Fall River Police Officer*

**Defendant**

**S. Correira**
*Fall River Police Officer*

**Defendant**

**B. Sullivan**
*Fall River Police Officer*

**Defendant**

**C. Freitas**
*Fall River Police Officer*

**Defendant**

**B. Robine**
*Fall River Police Department*

**Defendant**

**K. Niles**
*Fall River Police Department*

**Defendant**

**R. Gagndn**
*Fall River Police Officer*

**Defendant**

**T. Barboza**
*Fall River Police Officer*

**Defendant**

**J. Robinson**
*Fall River Police Department*

**Defendant**

**J. Reis**
*Fall River Police Officer*

**Defendant**

**Roger LaFleur**
*Fall River Police Officer*

**Defendant**

**John McDonald**
*Fall River Police Officer*

**Defendant**

**Officer Armand Oullette**
*Fall River Police Officer*

**Defendant**

**Richard Saraiva**
*Fall River Police Officer*

**Defendant**

**Officer Wayne Rosario**
*Fall River Police Officer*

**Defendant**

**Armand Daylor**
*Fall River Police Officer*

**Defendant**

**Albert John Doe**
*Fall River Police Officer*

**Defendant**

**Scott Cabral**
*Fall River Police Officer*

**Defendant**

**James Silvia**
*Fall River Police Officer*

**Defendant**

**Joseph John Doe**
*Fall River Police Officer, Acting Lieutenant*

**Defendant**

**Ed Schwartz**
*Fall River Police Officer*

**Defendant**

**Dan Dube**
*Fall River Police Officer Detective*

**Defendant**

**Francis McDonald**
*Fall River Police Officer-Ex Chif*

**Defendant**

**J. Bergeron**
*Fall River Police Officer*

**Defendant**

**G. Pasternak**
*Fall River Police Officer*

**Defendant**

**R. Medeiros**
*Fall River Police Officer*

**Defendant**

**Pat Doe**
*Fall River Police Officer*

**Defendant**

**Thomas Strojny**
*Fall River Police Officer*

**Defendant**

**Paul Ramunno**
*Fall River Police Officer*

**Defendant**

**Michael Hoar**
*Fall River Police Officer*

**Defendant**

**James Riley**
*Fall River Police Officer*

**Defendant**

**Wendall Burke**
*Fall River Police Officer*

**Defendant**

**Bristol County District Attorney's Office**

**Defendant**

**District Attorney Paul Walsh**
*District Attorney-Bristol County*

**Defendant**

**District Attorney David Crowley**

**Defendant**

**Tim McGuire**
*Supervising Assistant District Attorney*

**Defendant**

**Jane Doe**
*Clerk*

**Defendant**

**Jane Doe-2**

**Defendant**

**Thomas Hodgson**
*Bristol County Sheriff*

**Defendant**

**Fall River District Court**

**Defendant**

**Ronald Valcourt**
*Clerk Magistrate*

**Defendant**

**Cassidy**
*1st Assistant Clerk*

**Defendant**

**Sharon Hague Correira**
*2nd Assistant Clerk*

**Defendant**

**Jane Doe-3**

**Defendant**

**Jane Doe-4**
*Clerk*

**Defendant**

**Dennis Medeiros**
*Security Officer*

**Defendant**

**John Doe-5**
*Security Officer*

**Defendant**

**Bristol Superior Court (Fall River)**

**Defendant**

**Phillip Leddy**
*Clerk-Bristol Superior Court*

**Defendant**

**John Albin**
*Court Liason-Officer-Fall River Police Department*

**Defendant**

**Ronald Goodspeed**
*Charlton Memorial Hospital*

**Defendant**

**Jane Doe-5**
*Nurse*

**Defendant**

**Jane Doe-6**
*Nurse*

**Defendant**

**Jane Doe-7**

**Defendant**

**Pat Doe**
*Nurse Manager*

**Defendant**

**Pat Doe-5**
*Emergency Room Receptionist*

**Defendant**

**Pat Doe-6**
*Walmart Store Manager-Fall River*

Defendant

**Jane Doe-7**
*Walmart Security Head-Fall River*

Defendant

**John Doe-6**
*Walmart Inc. CEO*

Defendant

**John Doe-7**
*Fall River Walmart Security Agent*

Defendant

**John Doe-8**
*Fall River Walmart Security Agent*

Defendant

**John Flowers**
*Walmart Security Supervisor*

Defendant

**William Araujo**
*United States Postal Carrier*

Defendant

**John Doe-9**
*United States Postal Service Inspector*

Defendant

**Jane Doe-8**
*United States Postal Service-Head-Fall River*

Defendant

**Jane Doe-9**
*United States Postal Inspector General-Denver Colorado*

Defendant

**Nina Walters**

Defendant

**Mark Rose**

Defendant

**Candice Pacheco**

**Defendant**

**Jeffrey Entin**

**Defendant**

**Nathan Dinucci**

**Defendant**

**John Doe-11**
*Dinucci Accessory*

**Defendant**

**John Doe-10**
*Dinucci Accessory*

**Defendant**

**Edward Lambert**
*Mayor of the City of Fall River*

**Defendant**

**John Doe-12**
*Surveillance Perpetrator-84Renwood Street Fall River*

**Defendant**

**John Doe-13**
*84 RSSP*

**Defendant**

**John Doe -14**
*84 RSSP*

**Defendant**

**John Doe-15**
*84 RSSP*

**Defendant**

**John Doe-16**
*84 RSSP*

**Defendant**

**JOhn Doe-17**
*84 RSSP*

**Defendant**

**John Doe-18**
*84 RSSP*

**Defendant**

**Pat Doe-10**
*84 RSSP*

**Defendant**

**Pat Doe-11**
*84 RSSP*

**Defendant**

Louis Costa

**Defendant**

**John Doe-19**
*Fall River Police Officer*

**Defendant**

**Bristol County Sheriff's Office**

**Defendant**

C. Yelle

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Harold Koltin, Edith Koltin, Theodore Koltin.(Jenness, Susan) (Entered: 06/01/2005) |
| 05/24/2005 | 2 | COMPLAINT against all defendants Filing fee: $ 0.00, receipt number 0.00, filed by Harold Koltin, Edith Koltin, Theodore Koltin. (Attachments: # 1 Civil Cover Sheet)(Jenness, Susan) (Entered: 06/01/2005) |
| 05/24/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 06/01/2005) |
| 06/24/2005 | 3 | AMENDED COMPLAINT against all defendants, filed by Harold Koltin, Edith Koltin, Theodore Koltin.(Jenness, Susan) (Entered: 06/28/2005) |
| 07/12/2005 | 4 | Judge Patti B. Saris : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. Plaintiff Harold Koltin is directed to demonstrate good cause, in writing, within thirty-five (35) days of the date of this Memorandum and Order, why this action should not be dismissed for the reasons stated in the Memorandum and Order. In the alternative, plaintiff may, if he chooses, file an amended complaint within the stated timeframe. The Clerk shall correct the case caption to list Harold Koltin as the sole plaintiff in this action. Copy of the Memorandum and Order mailed to Harold Koltin. (Morse, Barbara) (Entered: 07/13/2005) |
| 07/13/2005 |  | Set Deadlines/Hearings: Plaintiff to demonstrate good cause why this |

| | | |
|---|---|---|
| | | action should not be dismissed or file an amended complaint by 8/16/2005. (Morse, Barbara) (Entered: 07/13/2005) |
| 08/16/2005 | 5 | AMENDED COMPLAINT against Nina Walters, John Souza, Thomas Burns, Lisa Ahaesy, P. McNerney, R. Briand, K. Furtado, A. Saucier, R. Lavoie, K. Silva, Paul Carey, D. Paquet, L. Silva, K. Niles, Roger LaFleur, Richard Saraiva, Wayne Rosario, Armand Daylor, Scott Cabral, James Silvia, G. Pasternak, Thomas Strojny, Michael Hoar, City of Fall River, Tim McGuire, filed by Harold Koltin, Edith Koltin, Theodore Koltin, C. Yelle.(Patch, Christine) Modified on 8/18/2005 (Patch, Christine). (Entered: 08/18/2005) |
| 11/28/2005 | 8 | AMENDED COMPLAINT against all defendants, filed by Harold Koltin.(Photocopy of amended complaint filed by Plaintiff on March 24, 2006 as the court has no record of receiving the amended complaint in November 28, 2005)(Jenness, Susan) Modified on 3/28/2006 (Jenness, Susan). (Entered: 03/28/2006) |
| 03/06/2006 | 6 | Letter to Susan Jenness from Harold Koltin stating that he is a patient in the hospital. (Patch, Christine) (Entered: 03/08/2006) |
| 03/16/2006 | 7 | Letter to Christine Patch from Harold Koltin re: Status of case. (Patch, Christine) (Entered: 03/27/2006) |
| 03/27/2006 | | DOCKET SHEET sent to Harold Koltin. (Patch, Christine) (Entered: 03/27/2006) |
| 11/01/2006 | 9 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER that this case is dismissed in accordance with this Court's order dated July 12, 2005, and plaintiff Harold Koltin not having shown good cause why this case should not be dismissed pursuant to 28 U.S.C. section 1915(e)(2).(PSSA, 4) (Entered: 11/02/2006) |
| 11/02/2006 | 10 | Judge Patti B. Saris : ORDER entered. ORDER DISMISSING CASE pursuant to 28 U.S.C. section 1915(e)(2) for the reasons stated in the Memorandum and Order dated November 1, 2006.(PSSA, 4) (Entered: 11/02/2006) |
| 10/29/2007 | 11 | MOTION to Vacate 9 Memorandum & ORDER, by Harold Koltin, Edith Koltin, Theodore Koltin. (Attachments: # 1 Affidavit Theodore Koltin# 2 Affidavit Edith Koltin)(Patch, Christine) (Entered: 11/01/2007) |
| 11/01/2007 | | Judge Patti B. Saris : Electronic ORDER entered denying 11 Motion to Vacate 9 Memorandum & ORDER. "Denied as untimely." (Patch, Christine) (Entered: 11/05/2007) |
| 12/05/2007 | 12 | NOTICE OF APPEAL as to Order on Motion to Vacate by Harold Koltin, Edith Koltin, Theodore Koltin NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 12/25/2007. (Patch, Christine) (Entered: 12/10/2007) |

| 12/05/2007 | 13 | MOTION to Appoint Counsel by Harold Koltin, Edith Koltin, Theodore Koltin.(Patch, Christine) (Entered: 12/10/2007) |
|---|---|---|
| 12/05/2007 | 14 | MOTION for Leave to Appeal in forma pauperis by Harold Koltin. (Patch, Christine) (Entered: 12/10/2007) |
| 12/05/2007 | 15 | AFFIDAVIT in Support re 14 MOTION for Leave to Appeal in forma pauperis. (Patch, Christine) (Entered: 12/10/2007) |