# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 08-1013

USDC Docket Number: 05-cv-11119

Harold Koltin, et al

v.

City of Fall River Police Department, et al.,

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 19

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 29, 2008.

By: _____

Sarah A. Thornton, Clerk of Court

Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/29/08.

_____
Deputy Clerk, US Court of Appeals

- 3/06